IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

          v.

SHAVON CASSON,

                Defendant.

ORDER

07-cr-9-bbc
06-cr-167-bbc
08-cv-503-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Shavon Casson has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3553, asking that her sentence be reduced because of extraordinary post-offense rehabilitative efforts. Defendant's motion must be denied. This court lacks authority to correct a sentence once it is imposed, with three exceptions: 1) within seven days of the imposition of sentence, the court may correct a sentence imposed as a result of arithmetical, technical or other clear error, Fed. R. Crim. P. 35(c); 2) the court may correct a sentence following remand from a court of appeals, Rule 35(a); or 3) the court may reduce a sentence upon motion by the government brought pursuant to Rule 35(b). None of these exceptions applies to defendant. The seven-day period has long since passed; the court of appeals did

1

not remand her case to this court; and the government has not moved again to reduce her sentence.

While defendant's rehabilitative efforts during her confinement are commendable, they are not grounds for this court to grant a downward departure.

ORDER

Defendant's motion for a downward departure is DENIED.

Entered this 25th day of March, 2009.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge

3

Case: 3:07-cr-00009-bbc   Document #: 13   Filed: 03/26/09   Page 3 of 3