IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                    Plaintiff,

     v.

SHAVON CASSON,

                    Defendant.

ORDER

06-cr-167-bbc
07-cr-9-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Shavon Casson has filed a motion to stay restitution payments. In support of her motion, defendant argues that it is financially difficult for her to make restitution payments at this time and requests deferral of the payments until she is released from prison. Defendant's motion will be DENIED.

      It is well established that the Bureau of Prisons has authority to require prisoners to make restitution payments and to determine the size and frequency of the payments. United States v. Sawyer, 521 F.3d 792, 794 (7th Cir. 2008) (Bureau of Prisons does not need judicial permission to remit money from prisoner's account); 28 CFR § 545.11 and Program Statement P5380.08.

1

ORDER

Defendant Shavon Casson's motion to suspend restitution payments is DENIED.

Entered this 20th day of July, 2010.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge